**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| **VICTORIA'S SECRET STORES BRAND MANAGEMENT, INC.,** | Case No. 2:16-cv-712 |
| Plaintiff, | **Judge Graham** |
| v. | **Magistrate Judge Deavers** |
| **REDBUBBLE, INC.**, et al., | |
| Defendants. | |

## ORDER

The parties are directed to file a report on the status of settlement negotiations by Tuesday, May 16, 2017.

IT IS SO ORDERED.

                                                                    s/ James L. Graham
                                                                   JAMES L. GRAHAM
                                                                   United States District Judge

DATE: May 9, 2017