UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| VICTORIA'S SECRET STORES BRAND MANAGEMENT, INC., <br><br> Plaintiff, <br><br> v. <br><br> REDBUBBLE, INC., et al., <br><br> Defendants. | Civil Action No.: 2:16-cv-00712 <br><br> Judge James L. Graham <br> Magistrate Judge Elizabeth P. Deavers <br><br> Jury Trial Demanded |

**STIPULATED DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Victoria's Secret Stores Brand Management, Inc. and Defendant Redbubble, Inc. hereby stipulate and agree that all claims in the Complaint are hereby **DISMISSED WITH PREJUDICE**. Plaintiff and Defendant shall pay their own costs and fees.

Dated: June 27, 2017

Respectfully submitted and agreed to by:

| | |
|---|---|
| /s/ Keith Shumate | /s/ John P. Gilligan |
| Keith Shumate (0056190) <br> Heather Stutz (0078111) <br> Squire Patton Boggs (US) LLP <br> 2000 Huntington Center <br> 41 South High Street <br> Columbus, Ohio 43215 <br> Phone: 614.365.2700 <br> Fax: 614.365.2499 <br> keith.shumate@squirepb.com <br> heather.stutz@squirepb.com | John P. Gilligan, Esq. (0024542) <br> Ice Miller LLP <br> 250 West Street <br> Columbus, Ohio 43215 <br> Tel: 614-462-2700 <br> Fax: 614-462-5135 <br> John.gilligan@icemiller.com |

| | |
|---|---|
| Kevin Parks (Admitted Pro Hac Vice)<br>Michelle Zimmermann (Admitted Pro Hac Vice)<br>Stella Brown (Admitted Pro Hac Vice)<br>LEYDIG, VOIT & MAYER, LTD.<br>Two Prudential Plaza, Suite 4900<br>180 North Stetson<br>Chicago, Illinois is 60601-6731<br>kparks@leydig.com<br>mzimmermann@leydig.com<br>sbrown@leydig.com<br><br>*Attorneys for Plaintiff*<br>*Victoria's Secret Stores Brand Management, Inc.* | Kenneth B. Wilson (Admitted Pro Hac Vice)<br>Coastside Legal<br>455 1st Avenue<br>Half Moon Bay, CA 94019<br>Tel: 650-440-4211<br>ken@coastsidelegal.com<br><br>*Attorneys for Defendant Redbubble, Inc.* |